WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 2:20-mc-00195 |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on **October 14, 2020** in favor of **NATIONWIDE JUDGMENT RECOVERY INC.**
whose address is **8452 Katella Ave, Stanton CA 90680**
and against **SHIRLEY LIN**
whose last known address is **1316 S DIAMOND BAR BLVD, DIAMOND BAR CA 91765**
for $ **14,638.07**    Principal, $ **1,204.80**    Interest, $ **0**    Costs,
and $ **0.00**    Attorney Fees.

ATTESTED this **5th** day of **February**, **2021**
Judgment debtor's driver's license no. and state; ____ (last 4 digits) [X] Unknown.
Judgment debtor's Social Security number; **8208** (last 4 digits) [ ] Unknown.
[X] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends ____

Judgment debtor's attorney's name and address and/or address at which summons was served:

SHIRLEY LIN
1316 S DIAMOND BAR BLVD
DIAMOND BAR CA 91765

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)    ABSTRACT OF JUDGMENT/ORDER